UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

LYNDON R. BRIGGS,

       Plaintiff,                                          Case No. 2:13-CV-58

v.                                                                HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's October 25, 2013 Report and Recommendation recommending that the matter be remanded to the Commissioner for further consideration of the evidence of record. The magistrate judge recommends that those proceedings include an examination of the medications that Plaintiff is taking, as well as the side effects of those medications, and the resultant impact on Plaintiff's ability to perform work. The magistrate also recommends consideration of the diagnosis that Plaintiff suffers from visions problems, tremors and sleep problems, and the impact, in any, these conditions have on Plaintiff's ability to work.

The Report and Recommendation was duly served on the parties on October 25, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued October 25, 2013 (docket no. 44), is **ADOPTED** as the Opinion of the Court. This matter is remanded to the Commissioner for further proceedings consistent with this Order.


Dated: November 19, 2013 /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE